UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CORPORATION,<br><br>　　　　　Defendants. | Case No. 1-18-cv-1446<br><br>JURY TRIAL DEMANDED |

**STIPULATION TO EXTEND TIME FOR
<u>DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

The parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to D.C.COLO.LCivR 6.1(a), to a twenty-one (21) day extension of time for Defendants, Comcast Cable Communications, LLC and Comcast Corporation, to file their response to Plaintiff's Complaint.  AS GROUNDS THEREFOR, the parties state:

　　　1.　　Plaintiff's return of service indicates that service was made upon Defendants on July 20, 2018, making the deadline for Defendants' response to the Complaint Friday, August 10, 2018, pursuant to Fed.R.Civ.P. 12(a)(1)(A)(i) and Fed.R.Civ.P. 6(a)(1)(C).

　　　2.　　Pursuant to this Stipulation, Defendants shall have up to and including Friday, August 31, 2018, within which to respond to the Plaintiff's Complaint.

　　　3.　　A copy of this Stipulation is being provided to Defendants in accordance with D.C.COLO.LCivR 6.1(c).

Dated this 2nd day of August, 2018

                                                        Respectfully submitted,

*/s/ James L. Day*
James L. Day
jday@fbm.com
California State Bar No. 197158
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Fax:  (415) 954-4480

*Attorney for Defendants Comcast Cable Communications, LLC and Comcast Corporation*

*/s/ C. Jay Chung*

**RUSS AUGUST & KABAT**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Fax:  (415) 954-4480

Eric B. Fenster
**Eric B. Fenster, LLC**
P.O. Box 44011
Denver, CO  80201
Telephone:  720-943-3739
Fax:  720-255-0377
Email:  eric@fensterlaw.net

*Attorney for Plaintiff
Realtime Adaptive Streaming LLC*